**Violeta KINOLLI, Petitioner,**

v.

**IMMIGRATION AND NATURALIZA-
TION SERVICE; John Ashcroft, At-
torney General, Respondents.**

No. 02–3888.

United States Court of Appeals,
Sixth Circuit.

June 3, 2004.

Carl M. Weideman, Jr., Weideman &
Weideman, Grosse Pointe Woods, MI, for
Petitioner.

Joshua Braunstein, Terri J. Scadron,
Leslie McKay, U.S. Department of Justice,
Office of Immigration Litigation, Washing-
ton, DC, for Respondents.

Before KEITH and CLAY, Circuit
Judges; and OBERDORFER, District
Judge.*

### ORDER

Violeta Kinolli, a native and citizen of
Albania residing in Michigan, challenges
the constitutionality of 8 C.F.R.
§ 1003.1(a)(7), by which the Board of Im-
migration Appeals ("BIA") affirmed the
Immigration Judge's denial of her applica-
tion for asylum, withholding of removal,

and voluntary departure. The parties
have waived oral argument, and this panel
unanimously agrees that oral argument is
not needed in this case. Fed. R.App. P.
34(a).

On March 3, 1997, Kinolli was admitted
into the United States as a non-immigrant
"visitor for pleasure" until September 2,
1997. Kinolli remained in the United
States beyond September 2, 1997, and the
Immigration and Naturalization Service
("INS") instituted removal proceedings on
that basis in 1998. Kinolli applied for
asylum and for withholding of deportation.
At a July 7, 1998, master calendar hearing,
Kinolli conceded the issue of removability
and acknowledged that she was applying
for asylum, withholding of removal, and
voluntary departure. On August 20, 1999,
the Immigration Judge ("IJ") conducted a
hearing at which Kinolli testified in sup-
port of her applications. The IJ subse-
quently denied all applications and ordered
her removed to Albania. The BIA af-
firmed the IJ's decision without opinion.
Kinolli now petitions this court for review.

Because Kinolli does not present any
reason to depart from that holding, the
petition for review is denied.

---

\* The Honorable Louis F. Oberdorfer, United
States District Judge for the District of Co-
lumbia, sitting by designation.